IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00986-RM-MEH

IOWA NETWORK SERVICES, INC.,

    Plaintiff,

v.

CENTURY LINK COMMUNICATIONS, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2015.**

    The Joint Motion to Vacate Scheduling Conference and Stay Proceedings for 45 Days [filed August 21, 2015; docket #27] is **granted** as follows. The Scheduling Conference currently set for August 24, 2015 is **vacated and rescheduled** to **October 13, 2015 at 10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The proceedings of this case are temporarily stayed until October 13, 2015.

    Counsel located outside of the Denver metropolitan area may appear at the Scheduling Conference by first teleconferencing together, then calling my chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).