**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-00986-RM-MEH

IOWA NETWORK SERVICES, INC.,

    Plaintiff,

v.

CENTURYLINK COMMUNICATIONS, LLC,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(2) and the Unopposed Motion for Voluntary Dismissal of Iowa Network Services, Inc. (ECF No. 38 ) signed by the attorneys for the Plaintiff hereto, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney's fees, except as the parties have specifically agreed among themselves.

DATED at Denver, Colorado, this 26th day of January, 2016.

                                                       BY THE COURT:

                                                       _____
                                                       RAYMOND P. MOORE
                                                       United States District Court Judge